IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED 99 MAY 25 PM 4: 19
U.S. DISTRICT COURT
N.D. OF ALABAMA

VICKIE RAWLINSON, )
)
Plaintiff, )
)
)
vs ) CIVIL ACTION NO. 98-RRA-2356-S
)
)
CARELINE, INC., d/b/a HANKS )
ACQUISITION SERVICE, )
)
Defendant. )

ENTERED
MAY 26 1999

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the defendant's motion to dismiss for failure to state a claim is due to be granted and the complaint dismissed with prejudice. An appropriate order will be entered.

DONE this 25th day of May, 1999.

_____
U. W. CLEMON,
UNITED STATES DISTRICT JUDGE

17